NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER LEE, an individual; MELISSA GHAZARIAN, an individual; JAMES GORDON MOLL, an individual; and JENNY CHU, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK, N.A., a New York Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. CV 08-04088-R-PLA<br><br>**JUDGMENT ON ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon.     Manuel L. Real<br>Date:    May 18, 2009<br>Time:   10:00 a.m.<br>Courtroom: 8 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21091984.1

**JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant JPMorgan Chase Bank, N.A. ("Defendant" or "Chase") filed a Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment on April 27, 2009. The matter was heard before this Court on May 18, 2009.

The Court, having considered the parties' moving, opposing, and reply papers and the evidentiary record as a whole (including the reasons set forth in Defendant's Statement Of Uncontroverted Facts And Conclusions Of Law In Support Of Defendant's Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment), concluded that all of Plaintiffs' claims fail as a matter of law. Accordingly, the Court granted Defendant's Motion for Summary Judgment on these claims. The Order Granting Defendant's Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment is attached hereto as Exhibit "A" and is hereby incorporated in its entirety by reference.

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED:**

Judgment as to the claims asserted by Plaintiffs shall be entered in favor of Defendant and against Plaintiffs Esther Lee, Melissa Ghazarian, James Gordon Moll, and Jenny Chu; the action of Plaintiffs against Defendant is dismissed in its entirety. Plaintiffs shall take nothing on their action against Defendant; and Defendant shall recover reasonable fees and costs.

Dated: May 22, 2009

_____
The Honorable Manuel L. Real
United States District Judge

Respectfully Submitted by:
MORGAN, LEWIS & BOCKIUS LLP
By:     /S/
      Barbara A. Fitzgerald
      Attorneys for Defendant
      JPMORGAN CHASE BANK, NA.