UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER LEE, an individual; MELISSA GHAZARIAN, an individual; JAMES GORDON MOLL, an individual; and JENNY CHU, an individual,<br><br>              Plaintiff,<br><br>              vs.<br><br>J.P. MORGAN CHASE BANK, N.A., a New York Corporation, and DOES 1 through 10, inclusive,<br><br>              Defendant. | Case No.  CV 08-04088-R-PLA<br><br>**JUDGMENT ON ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hon.     Manuel L. Real<br>Date:    October 19, 2009<br>Time:   10:00 a.m.<br>Courtroom: 8 |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

DB2/21383524.1

**JUDGMENT ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Defendant JPMorgan Chase Bank, N.A. ("Defendant" or "Chase") filed a Motion for Attorneys' Fees and Costs on June 5, 2009. The matter was heard before this Court on October 19, 2009.

The Court, having considered the parties' moving, opposing, and reply papers, the evidentiary record as a whole, and oral argument, concluded that Defendant should be awarded its attorneys' fees under California Labor Code section 218.5, as the prevailing party. Accordingly, the Court granted Defendant's Motion for Attorneys' Fees and Costs against Plaintiffs Esther Lee, James Gordon Moll, and Jenny Chu, jointly and severally.

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED, AND DECREED:**

Judgment is entered in favor of Defendant JPMorgan Chase Bank, N.A., as the prevailing party, and against Plaintiffs Esther Lee, James Gordon Moll, and Jenny Chu, jointly and severally, in the amount of $609,135.00 as and for Defendant's attorneys' fees.

Dated: October 22, 2009

_____
The Honorable Manuel L. Real
United States District Judge

Respectfully Submitted by:
MORGAN, LEWIS & BOCKIUS LLP
By:      /S/
     Barbara A. Fitzgerald
     Attorneys for Defendant
     JPMORGAN CHASE BANK, NA.